# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Date:  **May 19, 2020**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
|     Aida Luz Santaigo, | |
| | Case No. 19-12358-jlg |
| Debtor. | |

----------------------------------------------------------------x

Victor Santaigo and Sandra Almodovar Santaigo,

    Plaintiffs,    Adv. Pro. No. 19-01361-jlg

v.

Alan Nisselson, as the Chapter 7 Trustee of the Estate
of Aida Luz Santaigo,

    Defendant.
----------------------------------------------------------------x

| | |
|---|---|
| Present: | Hon. James L. Garrity, Jr., United States Bankruptcy Judge |
| Appearances: | Carlos J. Cuevas, Esq., Counsel to the Plaintiffs |
| | Victor Santaigo, Plaintiff |
| | Sandra Almodovar Santaigo, Plaintiff |
| | Leslie S. Barr, Esq., Counsel to Alan Nisselson, as the Chapter 7 Trustee of the Estate of Aida Luz Santaigo |
| Proceedings: | Motion to Withdraw as Attorney |
| | Pretrial Conference |
| Order: | Motion to Withdraw as Attorney is granted.  Debtor's counsel is authorized to settle an order on ten days' notice. |
| | The Pretrial Status conference is hereby adjourned to **June 18, 2020 at 10:00 a.m. (ET).** |
| | On or before **June 11, 2020 at 4:00 p.m. (ET),** the parties shall file a joint or separate status letters with the Court (and mail two single-sided copies to Chambers). |

BY THE COURT:

    May 27, 2020
    New York, New York

/s/ *James L. Garrity, Jr.*
Honorable James L. Garrity, Jr.
United States Bankruptcy Judge