UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re

AIDA LUZ SANTIAGO,

                                 Debtor.

Chapter 7

Case No. 19-12358-jlg

------------------------------------------------------------------x

Victor Santiago and
Sandra Almodovar Santiago,

                                 Plaintiffs,

         -against-

Alan Nisselson, as the Chapter 7 Trustee
of the Estate of Aida Luz Santiago,

                                 Defendant.

Adv. Proc. No. 19-01361-jlg

------------------------------------------------------------------x

## SCHEDULING ORDER

A pre-trial conference was held before The Honorable James L. Garrity, Jr. in the above-captioned adversary proceeding on June 18, 2020. The parties have agreed and the Court has determined that the following schedule shall govern the events leading up to and including the final pre-trial conference in this adversary proceeding.

    1.    **Jurisdiction and Power**. By signing this scheduling order, the parties agree that the Bankruptcy Judge may enter final orders and/or judgments in this matter.

    2.    **Status Report**. On or before September 1, 2020 at 5:00 p.m., Plaintiffs shall (a) electronically file with the Court on the docket of this adversary proceeding, (b) send by electronic mail to the Trustee and his undersigned counsel, and (c) mail two hard copies to Chambers of The Honorable James L. Garrity, Jr., United States Bankruptcy Court, One Bowling Green, New York, New York 10004, a status report reflecting Plaintiffs' progress in refinancing

{11818487:1}

or selling the property that is the subject of this adversary proceeding.

3. **Adjourned Pre-Trial Conference**. The pre-trial conference in this adversary proceeding is adjourned to September 15, 2020 at 11:00 a.m., prevailing Eastern time.

4. **Extension of Trustee's Time to Respond to Complaint**. The deadline for the Trustee to answer, plead to, or move against the complaint in this adversary proceeding is extended to and through October 15, 2020.

Stipulated and Agreed as to form and substance:

Dated: June 23, 2020

        /s/ Victor Santiago
        Victor Santiago, Plaintiff

        /s/ Sandra Almodovar Santiago
        Sandra Almodovar Santiago, Plaintiff

Dated: New York, New York
       June 23, 2020

WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Chapter 7 Trustee, Defendant*

By:   /s/ Leslie S. Barr
       Alan Nisselson (anisselson@windelsmarx.com)
       Leslie S. Barr (lbarr@windelsmarx.com)
       156 West 56th Street
       New York, New York 10019
       Tel. (212) 237-1000 / Fax. (212) 262-1215

**SO ORDERED**:
New York, New York
this 26th day of June, 2020

/s/ *James L. Garrity, Jr.*
United States Bankruptcy Judge

{11818487:1}